**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| ROBERT E. CASTELO, JR., individually and as sole beneficiary of Trust 367, National City Bank as successor for American Trust Co.,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CITY BANK OF THE MIDWEST, a national banking association, successor in interest to First of America Bank – Illinois, N.A., and First of America Trust Company,<br><br>Defendant. | Case No. 06-2078 |

**OPINION**

On July 21, 2006, the Magistrate Judge filed a Report and Recommendation (#9) in the above cause. The Magistrate Judge recommended that Defendant's Motion to Dismiss (#7) and Rule 11 Motion for Sanctions (#8) be GRANTED.

On July 31, 2006, Plaintiff filed his Objection to the Report and Recommendation (#11).[1] This court has reviewed the Magistrate Judge's reasoning and the Objection. After a thorough and careful de novo review, this court agrees with and accepts the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED:

(1) Defendant's Motion to Dismiss (#7) is GRANTED.

(2) Defendant's Rule 11 Motion for Sanctions (#8) is GRANTED. Pursuant to Federal Rule of Civil Procedure 11, and for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff's counsel, James Holman, is ordered to pay $500 to the Clerk of the

---

[1] This court notes Plaintiff submitted an unsigned affidavit to this court to supplement his objection. This court struck that document because it was unsigned, and Plaintiff has not refiled the document. However, even if this court had considered the affidavit, the result would not have differed.

Court within thirty (30) days of entry of this order.

    (4) Plaintiff and his counsel are ordered to reimburse Defendant for its attorney fees and expenses occurred in defending this suit. Plaintiff is allowed fourteen (14) days from entry of this order to file any objections to Defendant's Affidavit Regarding Attorney Fees (#10).

    (5) This case is terminated.

ENTERED this 9th day of August, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE